**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02641-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

CHRISTOPHER LANE KIEL, SR.,,

    Plaintiff,

v.

JEFFERSON COUNTY SHERIFF'S DEP'T,
DENVER POLICE DEP'T,
ARAPAHOE SHERIFF'S DEP'T,
STATE PUBLIC DEFENDER'S OFFICE,
CITY AND COUNTY OF DENVER,
ARAPAHOE COUNTY,
JEFFERSON COUNTY,
LAKEWOOD POLICE DEP'T,
TEOFISTA CASIMIER KIEL, and
STATE PUBLIC DEFENDER,

    Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

On September 26, 2013, Plaintiff submitted a Prisoner Complaint and a Prisoner's Motion and Affidavit to Proceed Pursuant to 28 U.S.C. § 1915. As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the documents are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) ___  is not submitted
(2) ___  is missing affidavit
(3) ___  is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4) ___  is missing certificate showing current balance in prison account
(5) ___  is missing required financial information
(6) ___  is missing authorization to calculate and disburse filing fee payments
(7) ___  is missing an original signature by the prisoner
(8) ___  is not on proper form
(9) ___  names in caption do not match names in caption of complaint, petition or habeas application
(10) ___  other: Plaintiff may elect to pay the $400 filing fee in full rather than submit the § 1915 motion.

**Complaint, Petition or Application**:
(11) ___  is not submitted
(12) _X_  is not on proper form
(13) ___  is missing an original signature by the prisoner
(14) ___  is missing page nos. ___
(15) ___  uses et al. instead of listing all parties in caption
(16) ___  names in caption do not match names in text
(17) ___  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) _X_  other: Plaintiff has failed to submit a complete Prisoner Complaint form and state his claims in a short and concise format in keeping with Fed. R. Civ. P. 8.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the Prisoner Complaint form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED September 28, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge