IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02641-BNB

CHRISTOPHER LANE KIEL, SR.,

      Plaintiff,

v.

JEFFERSON COUNTY SHERIFF'S DEPT,
DENVER POLICE DEPT.,
ARAPAHOE SHERIFF'S DEPT.,
STATE PUBLIC DEFENDER'S OFFICE,
CITY AND COUNTY OF DENVER,
ARAPAHOE COUNTY,
JEFFERSON COUNTY,
LAKEWOOD POLICE DEPT.,
TEOFISTA CASIMIER KIEL, and
STATE PUBLIC DEFENDER,

      Defendants.

---

## ORDER OF DISMISSAL

---

      Plaintiff, Christopher Lane Kiel, Sr., initiated this action by filing a *pro se*

Prisoner's Civil Rights Complaint and a Prisoner's Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915.  On September 28, 2013, Magistrate Judge

Boyd N. Boland entered an order directing Plaintiff to file his claims on a proper Court-

approved form.  Plaintiff was warned that if he failed to comply with the September 28

Order within the time allowed the Complaint and the action would be dismissed without

further notice.  On October 7, 2013, Plaintiff filed the same complaint that he filed to

initiate the action.  The October 7 Complaint is not on a Court-approved form.

      Pursuant to D.C.COLO.L.CivR 8.2A., a *pro se* party shall use the forms

established by the Court to file an action.  Federal Rule Civil Procedure 83(a)(2) allows

a federal district court's local rules to be enforced unless the failure to comply with a rule is "nonwillful."  Magistrate Judge Boland correctly instructed Plaintiff to submit his claims on a Court-approved form.  Plaintiff does not state in any of his filings that he is unable to obtain the proper Court-approved form used in filing prisoner complaints.  Plaintiff was able to use the proper Court-approved form for requesting leave to proceed pursuant to 28 U.S.C. § 1915.  Plaintiff's failure to use a Court-approved form for his Complaint, therefore, is willful, and the Complaint and action will be dismissed for failure to cure the deficiencies within the time allowed.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must also pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.  It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this  13th  day of  ___November___ , 2013.

                                        BY THE COURT:

                                         s/Lewis T. Babcock
                                        LEWIS T. BABCOCK, Senior Judge
                                        United States District Court

2